**EXHIBIT 1**

**PAYMENTS TO AUS, INC. by BDC GROUP, INC.**

| Date | Amount | Description |
|---|---|---|
| 03.31.23 | $ 3,276.00 | Recorded in BDC Group A/Ps at entry #28028, on invoice 5399 |
| 03.31.23 | $ 1,747.00 | Recorded in BDC Group A/Ps at entry #28293, on invoice 5398 |
| 03.31.23 | $ 1,939.20 | Recorded in BDC Group A/Ps at entry #28294, on invoice 5398.1 |
| 03.31.23 | $ 25,707.00 | Recorded in BDC Group A/Ps at entry #28403, on invoice 5398.2 |
| 03.31.23 | $ 37,020.00 | Recorded in BDC Group A/Ps at entry #29077, on invoice 5399.1 |
| 03.31.23 | $ 15,223.00 | Recorded in BDC Group A/Ps at entry #29713, on invoice 5399.2 |